UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| MAURICE ROGER THOMPSON | ) | |

ORDER

Pending before the Court is a Motion To Appeal The Detention Hearing With Incorporated Memorandum Of Law (Docket No. 867), filed by Defendant Maurice Roger Thompson, pro se. The Motion is DENIED, without prejudice to being re-filed by counsel for Defendant Thompson.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE