UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| MAURICE ROGER THOMPSON | ) | |

## ORDER

Pending before the Court is a Petition For Immediate Dismissal Of The Instant Charges And Indictment With Prejudice, And Immediate Release (Docket No. 973), filed by Defendant Maurice Roger Thompson, pro se. The Motion is DENIED, as Defendant Thompson is represented by counsel.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE