UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |
| MAURICE ROGER THOMPSON | ) | |

## ORDER

The Court held a hearing in this case on January 23, 2013 to consider Defendant Rivers' Memorandum Of Law In Support Of Petition To Dismiss Indictment Due To Outrageous Government Conduct (Docket No. 1055). At the hearing, Defendant Rivers requested a continuance of the hearing, which was granted by the Court. Accordingly, the evidentiary hearing to consider Defendant Rivers' Memorandum Of Law In Support Of Petition To Dismiss Indictment Due To Outrageous Government Conduct (Docket No. 1055) is CONTINUED to February 8, 2013, at 1:00 p.m.

Also, at the hearing, the Court ordered the parties to file any supplements and/or replies to pending motions on or before January 28, 2013. This permission to file supplements and replies does not extend to new motions.

The Pretrial Conference remains set for February 1, 2013, at 1:00 p.m.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE