UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |
| MAURICE ROGER THOMPSON | ) | |

## ORDER

Pending before the Court are a Renewed Motion To Sever Defendant Maurice Thompson From Trial Of Defendant Sterling Rivers (Docket No. 1019), and a Third Motion To Sever Defendant Maurice Thompson From Trial Of Defendant Sterling Rivers (Docket No. 1047), as well as the Government's Response In Opposition To Defendant M. Thompson's Motion To Sever (Docket No. 1041). Through the Motions, Defendant Thompson seeks to sever his trial from that of Co-Defendant Rivers because he believes he will be prejudiced by being joined for trial with a Defendant who is proceeding pro se. Defendant Thompson also refers to Defendant Rivers' request to continue the trial, currently set for February 26, 2013. The Court is granting the request to continue the trial by contemporaneous order.

The Court is mindful of the preference for jointly indicted defendants to be tried together in a conspiracy case unless there is a serious risk that a joint trial would compromise the specific trial right of one of the defendants. Fed. R. Crim. P. 14(a); Zafiro v. United States, 506 U.S. 534 (1993). In this case, the Court concludes that a joint trial would implicate the interests of Defendant Thompson in a speedy trial, and would prejudice his defense given the pro se filings and arguments made by Co-Defendant Rivers.

Trial for Defendant Thompson remains scheduled for February 26, 2013, and the Pretrial

Conference/Change of Plea hearing remains scheduled for February 1, 2013, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE