UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| MAURICE ROGER THOMPSON | ) | |

ORDER

Pending before the Court are the Government's Sixth Motion In Limine Regarding Anticipated Character Evidence (Docket No. 999) and Ninth Motion In Limine To Introduce Prior Conviction For Criminal Impersonation (Docket No. 1049). Defendant Thompson shall file a response to the Motions in advance of the Pretrial Conference set for February 1, 2013, at 1:00 p.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE