UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| MAURICE ROGER THOMPSON | ) | |

## ORDER

Pending before the Court is Defendant Maurice Roger Thompson's Motion to Change Plea (Docket No. 1114). The Motion is GRANTED.

The Court will hold a change of plea hearing on February 12, 2013, at 1:00 p.m. Any proposed plea agreement shall be submitted to the Court by February 11, 2013.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE