UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:11-00194 |
| ) | JUDGE CAMPBELL |
| STERLING RIVERS, et al. ) | |

ORDER

Pending before the Court is Maurice Roger Thompson's Motion to Quash Subpoena (Docket No. 1514). The Court held a hearing on August 22, 2013. For the reasons stated from the bench, the Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE