# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| United States of America <br> v. <br> Maurice Roger Thompson | ) <br> ) <br> ) Case No: 3:11-00194 <br> ) <br> ) USM No: 20933-075 <br> ) |
| Date of Original Judgment: June 6, 2013 <br> Date of Previous Amended Judgment: N/A <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) R. David Baker <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    ninety-two (92)    months **is reduced to**    eighty-four (84) months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    June 6, 2013    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  February 12, 2015

*Judge's signature* (Todd Campbell)

Effective Date:  November 1, 2015           Todd J. Campbell, U.S. District Judge
*(if different from order date)*                  *Printed name and title*